1022

No. 83–679.  PAUL ET AL. *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 83–683.  BANKSTON *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 83–696.  MARINO *v.* UNITED STATES; and
No. 83–713.  PICCARRETO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 717 F. 2d 27.

No. 83–699.  AMERICAN INDUSTRIES, LTD., ET AL. *v.* INTERMODAL CARGO SERVICES, INC., ET AL.  C. A. 9th Cir. Certiorari denied.

No. 83–707.  TODD ET AL. *v.* BENAL CONCRETE CONSTRUCTION CO., INC.  C. A. 9th Cir.  Certiorari denied.

No. 83–714.  CITY OF DUNCANVILLE, TEXAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–740.  DEL-AWARE UNLIMITED, INC., ET AL. *v.* BALDWIN, DISTRICT ENGINEER, UNITED STATES CORPS OF ENGINEERS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–763.  ST. FRANCIS HOSPITAL CENTER ET AL. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–766.  SMITH-CORONA GROUP, CONSUMER PRODUCTS DIVISION, SCM CORP. *v.* UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 83–769.  BELMONT ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–774.  SARIAN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–790.  SOUTHERN STATES MOTOR INNS, INC. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.